IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GWENDOLYN CARPENTER                                                          PLAINTIFFS
DERRICK SCOTT

VS.                                         CIVIL ACTION NO. 4:18-cv-00057-NBB-JMV

REDMON FUNERAL HOME                                                           DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 18, 2018, the United States Magistrate Judge issued a Report and Recommendation recommending that the complaint in the above styled and numbered cause be dismissed for lack of subject matter jurisdiction. No objection to the Report and Recommendation was filed.

Where no objections to a report and recommendation are filed, the "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and found no plain error. Accordingly:

1. The July 18, 2018, Report and Recommendation is hereby ADOPTED; and
2. The case is CLOSED.

SO ORDERED, this 17th day of August, 2018.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE